UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 25-126** |
| **MELVIN JOSE TEJADA MORILLO** | **SECTION: "D"** |
| | **VIOLATIONS: 8:1326(a) and 8:1326(b)(2)** |

## NOTICE OF SENTENCING

Take notice that this criminal case has been set for **SENTENCING** on **OCTOBER 7, 2025, at 10:00 a.m.** before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: July 9, 2025 | CAROL L. MICHEL, CLERK |
| | by: Melissa Verdun, Deputy Clerk |
| TO: **MELVIN JOSE TEJADA MORILLO- (CUSTODY)** | AUSA: Tiwana Wright |
| **Counsel for Defendant:** Catherine Chavarri- CJA- chavarrijd@smclattorneys.com | U.S. Marshal |
| | U.S. Probation & Pre-Trial Services Unit |
| | Interpreter: **SPANISH** |
| **If you change address, notify clerk of court by phone, 504-589-7708** | HSI- SA Christian D. Ruiz |